# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021

September 28, 2021

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

OK

*[signature]* Colleen McMahon
10/8/2021

Re:   **United States v. Mario Martinez Beltran,**
         **21 Cr. 473 (CM)**

Dear Judge McMahon:

    I write to request that the Court modify Mr. Martinez Beltran's bail conditions to replace his present home-incarceration condition with home detention instead. The requested modification will permit Mr. Martinez Beltran to leave his home with the prior approval of his Pretrial Services officer for a wider range of approved activities, including employment. This modification is warranted at this time in light of Mr. Martinez Beltran's three-month track record of compliance with Pretrial supervision and his present job opportunity in a sandwich shop.

    Pretrial Services consents to this application. The government takes no position.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Danielle Kudla
       USPSO Jonathan Lettieri (by email)