# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 26, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED 1/31/22
OK

Re:   **United States v. Mario Martinez Beltran,**
      **21 Cr. 473 (CM)**

Dear Judge McMahon:

I write to request that the Court temporarily modify the home-detention condition of Mr. Martinez Beltran's bail release in order to permit him to observe Candlemas with his family in the home of his daughter's grandmother, Lilia Ramos, who lives a few blocks from Mr. Martinez Beltran. Specifically, we ask that Mr. Martinez Beltran be permitted to be out of his home from 6:00 p.m. to 11:00 p.m. on Wednesday, February 2. Ms. Ramos' address has been provided to Pretrial Services.

The Court previously granted an application to allow Mr. Martinez Beltran to spend New Year's with his family at the same address.

Pretrial Services advises that it does not consent to social requests for defendants on home detention as a general policy matter. The government defers to Pretrial Services regarding this request.

Pretrial Services notes that Mr. Martinez Beltran remains in compliance with his release conditions. Therefore, and in the absence of any reason why allowing Mr. Martinez Beltran to be with his family a few blocks from his home for a few hours would pose a risk of flight or danger to the community, the Court should grant him this application.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Danielle Kudla
      USPSO Jonathan Lettieri (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/22