# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 23, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Mario Martinez Beltran,**
     **21 Cr. 473 (CM)**

Dear Judge McMahon:

I write to request that the Court modify Mr. Martinez Beltran's bail conditions to replace his home-detention condition with a condition of a curfew to be set by Pretrial Services. The requested modification is appropriate given Mr. Martinez-Beltran's nearly 11 months of full compliance with Pretrial Supervision, including several months of full-time employment, six days per week. It will allow him greater flexibility to care for and entertain his minor children in the warm weather.

Neither the government nor Pretrial Services has any objection to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:  AUSA Danielle Kudla
     USPSO Jonathan Lettieri (by email)

*Application granted*
*So ordered.*
[signature]
U.S.D.J.
5/24/22 Part 1