# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 7, 2022

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

OK
/s/ Colleen M. M[cMahon]
9/13/2022

Re: **United States v. Mario Martinez Beltran,**
    **21 Cr. 473 (CM)**

Dear Judge McMahon:

I write to request that the Court temporarily modify Mr. Martinez Beltran's curfew and travel bail conditions to permit him to make an overnight trip to Kingston, New York (in Ulster County), to attend a family friend's baptism. Specifically, he requests to depart on Saturday, September 17; stay over Saturday night at a childhood friend's home in Kingston (the address of which has been provided to Pretrial Services); and return home the next day on Sunday, September 18.

The government has no objection to this request. Pretrial Services takes no position but advises that Mr. Martinez Beltran remains in compliance the conditions of his release.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Danielle Kudla
    USPSO Jonathan Lettieri (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2022